**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ANTOINE KEANE,

|  |  |
|---|---|
| | 24 **CIVIL** 06108 (DLC) |
| Plaintiff, | 25 **CIVIL** 03411 (DLC) |

-against- **JUDGMENT**

EARLY WARNING SERVICES, LLC, et al.,

Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 11, 2026, the defendants' motions of August

19, August 30, and September 3, 2024 to dismiss the 2024 Action are granted. Accordingly, the

2024 case is closed. The May 16, 2025 motion by EWS to dismiss the claims brought against it

in the 2025 Action is granted. The only remaining claims are those brought against KeyBank in

the 2025 Action. KeyBank has answered the complaint. The May 6, 2025 motion by the plaintiff

to strike KeyBank affirmative defenses is denied. A scheduling order will set a date for an initial

conference in the 2025 Action.

**Dated:** New York, New York

March 11, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**