

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

April 10, 2026

*The conference is adjourned to
May 1 at 11:30 am.
/s/ Denise Cote
4/10/26*

*Via ECF*

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:     *Keane v. Early Warning Services, LLC et al., 1:25-cv-03411-DLC (S.D.N.Y.)*

**Emergency Adjournment Request**

Your Honor:

We represent defendant KeyBank National Association in the above-captioned action. We write respectfully with an emergency request that the initial pretrial conference scheduled for today at 11:00 a.m. be adjourned.

This is our first request for an adjournment of the initial pretrial conference. The reason for the request is that attorney Karim Sabbidine, the lead attorney who has entered an appearance in this matter, is unable to attend the conference today because he is in the hospital following a medical emergency that arose last night. Mr. Sabbidine previously communicated with plaintiff's counsel on numerous occasions, including regarding a proposed case schedule and this conference. Mr. Sabbidine had a medical emergency last night and is currently in the hospital. Due to the emergent nature of the situation, there is not another attorney available who is similarly knowledgeable about this case. Accordingly, we respectfully request that today's conference be adjourned so that an attorney can be present who is fully informed on this matter.

Plaintiff's counsel consents to this adjournment, as represented to the Court by email this morning.

There is no scheduling order in this case, and no other scheduled dates would be affected by this adjournment.

Thank you for your consideration of this matter.

Emily.Mathieu@ThompsonHine.com  F: 212.344.6101  O: 212.908.3963                                                    4815-1861-9035.1

THOMPSON HINE LLP                    300 Madison Avenue, 27th Floor          www.ThompsonHine.com
ATTORNEYS AT LAW                     New York, New York 10017                O: 212.344.5680
                                                                             F: 212.344.6101

THOMPSON
HINE

The Honorable Denise Cote
April 10, 2026
Page 2

Respectfully submitted,

*/s/ Emily J. Mathieu*

Emily J. Mathieu