UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
ANTOINE KEANE,                             :        25cv3411(DLC)
                                           :
                          Plaintiff,       :        ORDER
              -v-                          :
                                           :
KEYBANK NATIONAL ASSOCIATION,              :
                                           :
                          Defendant.       :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

It having been reported to this Court that the parties have reached a settlement in principle, it is hereby

ORDERED that the initial pretrial conference scheduled for May 1, 2026 at 11:30 A.M. is adjourned sine die.

IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **May 29, 2026.** If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          April 29, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge